Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiffs,
SAN ARNOLD & JAMES ARNOLD

# UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA,
## EASTERN DIVISION

| | |
|---|---|
| SAN ARNOLD & JAMES ARNOLD,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES<br>MANAGEMENT, INC.,<br><br>Defendant. | Case No.: EDCV11-0900 VAP (OPx)<br><br>**COMPLAINT AND DEMAND FOR JURY TRIAL**<br><br>(Unlawful Debt Collection Practices) |

## VERIFIED COMPLAINT

SAN ARNOLD & JAMES ARNOLD (Plaintiffs), by their attorneys, KROHN & MOSS, LTD., allege the following against ALLIANCEONE RECEIVABLES MANAGEMENT, INC. (Defendant):

## INTRODUCTION

1. Count I of Plaintiffs' Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Count II of the Plaintiffs' Complaint is based on Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788 et seq.* (RFDCPA).

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

6. Plaintiffs are natural persons residing in Hesperia, San Bernardino County, California.

7. Plaintiffs are consumers as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiffs allegedly owe a debt as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt from Plaintiffs.

9. Defendant is a company with a business office in Trevose, Pennsylvania.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant placed constant and continuous collection calls to Plaintiffs

seeking and demanding payment of an alleged debt.

12. Defendant called Plaintiffs from May to July 2010 regarding Credit One Bank accounts.

13. Defendant called Plaintiffs on their home telephone at (760) 956-3716.

14. Defendant calls Plaintiffs from, 877-825-3242.

15. Defendant called Plaintiff everyday, from two (2) to seven (7) times in a single day (See Exhibit A).

16. On May 18, 2010, Plaintiffs sent Defendant cease and desist letters asking Defendant to stop placing collections calls to Plaintiffs (See Exhibit B).

17. In addition to the cease and desist letters, Plaintiffs repeatedly requested over the telephone that Defendant stop calling.

18. Despite Plaintiff's Cease and Desist letter and several oral requests, Defendant continued to call Plaintiff (See Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(c)* by continuing to communicate with Plaintiffs after Defendant was notified in writing that Plaintiffs wished Defendant to cease further communication.

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiffs.

   c. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiffs.

WHEREFORE, Plaintiffs, SAN ARNOLD & JAMES ARNOLD request that judgment be entered against Defendant, ALLIANCEONE RECEIVABLES MANAGEMENT, INC., for the following:

20. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*.

22. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

23. Plaintiffs repeat, re-allege and incorporate by reference all of the foregoing paragraphs.

24. Defendant violated the RFDCPA based on the following:

   a. Defendant violated *§1788.11(d)* of the RFDCPA by placing collection calls to Plaintiffs repeatedly and continuously so as to annoy Plaintiff.

   b. Defendant violated *§1788.11(e)* of the RFDCPA by placing collection calls to Plaintiffs with such frequency as to be unreasonable and to constitute a harassment to Plaintiffs under the circumstances.

   c. Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

WHEREFORE, Plaintiffs, SAN ARNOLD & JAMES ARNOLD request that judgment be entered against Defendant, ALLIANCEONE RECEIVABLES

MANAGEMENT, INC. for the following:

25. Statutory damages pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(b)*,

26. Costs and reasonable attorneys' fees pursuant to the Rosenthal Fair Debt Collection Practices Act, *Cal. Civ. Code §1788.30(c)*, and

27. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiffs, SAN ARNOLD & JAMES ARNOLD, demand a jury trial in this case.

RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

DATED: June 6, 2011         By: _____

Nicholas J. Bontrager
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, SAN ARNOLD, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, SAN ARNOLD, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: May 25, 2011

_____
SAN ARNOLD

- 6 -

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

Plaintiff, JAMES ARNOLD, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, JAMES ARNOLD, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _May 25, 2011_            _____
                                JAMES ARNOLD

-6-

PLAINTIFF'S COMPLAINT

# EXHIBIT A

PLAINTIFF'S COMPLAINT

|  |  | CREDIT ONE | CALL LOG: ALLIANCE ONE  Page -1- |
|---|---|---|---|
| Date | Time | Number | Contact Information |
| 5-17-10 | 4:19 P | 887-825-3242 | ALLIANCE ONE, debt collector for CREDIT ONE BANK |
|  | 6:17 P | 887-825-3242 | ALLIANCE ONE |
| 5-18-10 | 8:01 A | 887-825-3242 | ALLIANCE ONE |
|  | 8:56 A | 887-825-3242 | ALLIANCE ONE |
|  | 1:20 P | 887-825-3242 | ALLIANCE ONE |
| 5-18-10 |  |  | LETTER SENT TO ALLIANCE ONE BY SAN AND JAMES ARNOLD; CEASE/DESIST CALLS TO HOME/CELL |
| 5-19-10 | 8:08 A | 877-825-3242 | ALLIANCE ONE |
|  | 9:17 A | 877-825-3242 | ALLIANCE ONE |
|  | 11:28 A | 877-825-3242 | ALLIANCE ONE |
|  | 7:50 P | 877-825-3242 | ALLIANCE ONE |
| 5-20-10 | 8:01 A | 877-825-3242 | ALLIANCE ONE |
|  | 8:14 A | 877-825-3242 | ALLIANCE ONE |
|  | 9:34 A | 877-825-3242 | ALLIANCE ONE |
|  | 4:04 P | 877-825-3242 | ALLIANCE ONE |
|  | 6:07 P | 877-825-3242 | ALLIANCE ONE |
|  | 7:07 P | 877-825-3242 | ALLIANCE ONE |
|  | 7:33 P | 877-825-3242 | ALLIANCE ONE |
| 5-21-10 | 9:55 A | 877-825-3242 | ALLIANCE ONE |
|  | 11:36 A | 877-825-3242 | ALLIANCE ONE |
| 5-22-10 | 9:10 A | 877-825-3242 | ALLIANCE ONE |
|  | 10:35 A | 877-825-3242 | ALLIANCE ONE |
|  | 1:06 P | 877-825-3242 | ALLIANCE ONE |
|  | 1:54 P | 877-825-3242 | ALLIANCE ONE |
| 5-23-10 | 10:41 A | 877-825-3242 | ALLIANCE ONE |
| 5-24-10 | 9:08 A | 877-825-3242 | ALLIANCE ONE |
| 5-25-10 | 9:13 A | 877-825-3242 | ALLIANCE ONE |
|  | 6:11 P | 877-825-3242 | ALLIANCE ONE |

|  |  | CREDIT ONE | CALL LOG: ALLIANCE ONE Page -2- |
|---|---|---|---|
| Date | Time | Number | Contact Information: |
| 5-26-10 | 4:36 P | 877-825-3242 | ALLIANCE ONE |
|  | 6:14 P | 877-825-3242 | ALLIANCE ONE |
| 5-27-10 | 9:08 A | 877-825-3242 | ALLIANCE ONE |
|  | 5:40 P | 877-825-3242 | ALLIANCE ONE |
| 5-28-10 | 10:08 A | 877-825-3242 | ALLIANCE ONE re: James |
|  | 10:36 A | 877-825-3242 | ALLIANCE ONE |
|  | 1:09 P | 877-825-3242 | ALLIANCE ONE re: James |
|  | 5:28 P | 877-825-3242 | ALLIANCE ONE re: James |
| 5-29-10 | 9:14 A | 877-825-3242 | ALLIANCE ONE re: James, (HOSEANA), Bal $629.00, Need $123.00 now. |
| 6-3-10 | 10:13 A | 877-825-3242 | ALLIANCE ONE re: San |
| 6-4-10 | 9:34 A | 877-825-3242 | ALLIANCE ONE |
|  | 11:52 A | 877-825-3242 | ALLIANCE ONE |
|  | 12:17 P | 877-825-3242 | ALLIANCE ONE |
|  | 12:25 P | 877-825-3242 | ALLIANCE ONE |
| 6-5-10 | 8:57 A | 877-825-3242 | ALLIANCE ONE |
| 6-6-10 | 9:21 A | 877-825-3242 | ALLIANCE ONE |
|  | 1:03 P | 877-825-3242 | ALLIANCE ONE |
| 6-7-10 | 12:18 P | 877-825-3242 | ALLIANCE ONE |
|  | 5:27 P | 877-825-3242 | ALLIANCE ONE |
| 6-8-10 | 9:45 A | 877-825-3242 | ALLIANCE ONE |
|  |  |  | Told her to stop calling. |
|  | 12:01 P | 877-825-3242 | ALLIANCE ONE |
| 6-9-10 | 8:47 A | 877-825-3242 | ALLIANCE ONE |
| 6-14-10 | 5:45 P | 877-825-3242 | ALLIANCE ONE |

Apr 13 11 12:58p    San Arnold                               760-956-3716           p 4

| Date | Time | CREDIT ONE Number | CALL LOG: ALLIANCE ONE Page -3- Contact Information: |
|---|---|---|---|
| 6-15-10 | 8:29 A | 877-825-3242 | ALLIANCE ONE, I answered, they hung up! |
|  | 9:26 A | 877-825-3242 | ALLIANCE ONE, (SERENE), "borrow" against your van," "borrow from friends/relatives," "give 24 hours to borrow and pay" TOLD TO STOP CALLING |
| 6-20-10 | 8:14 A | 877-825-3242 | ALLIANCE ONE re: James |
| FATHERS DAY | 11:21 A | 877-825-3242 | ALLIANCE ONE re: San |
|  | 2:10 P | 877-825-3242 | ALLIANCE ONE re: San; TOLD TO STOP CALLING |
| 6-22-10 | 9:45 A | 877-825-3242 | ALLIANCE ONE |
|  | 10:47 A | 877-825-3242 | ALLIANCE ONE |
|  | 12:18 P | 877-825-3242 | ALLIANCE ONE |
|  | 3:14 P | 877-825-3242 | ALLIANCE ONE Re: James |
|  | 5:34 P | 877-825-3242 | ALLIANCE ONE |
|  | 6:19 P | 877-825-3242 | ALLIANCE ONE |
| 6-23-10 | 8:01 A | 877-825-3242 | ALLIANCE ONE |
|  | 2:01 P | 877-825-3242 | ALLIANCE ONE |
|  | 3:00 P | 877-825-3242 | ALLIANCE ONE |
|  | 6:08 P | 877-825-3242 | ALLIANCE ONE |
| 6-24-10 | 9:29 A | 877-825-3242 | ALLIANCE ONE |
|  | 9:48 A | 877-825-3242 | ALLIANCE ONE |
|  | 12:54 P | 877-825-3242 | ALLIANCE ONE re: James |
|  | 1:53 P | 877-825-3242 | ALLIANCE ONE ( TO MY CELL PHONE!) |
|  | 5:11 P | 877-825-3242 | ALLIANCE ONE |
| 6-25-10 | 8:27 A | 877-825-3242 | ALLIANCE ONE re: James |
|  | 1:39 A | 877-825-3242 | ALLIANCE ONE |
|  | 4:55 P | 877-825-3242 | ALLIANCE ONE re: James |
| 6-26-10 | 12:42 P | 877-825-3242 | ALLIANCE ONE |
| 6-27-10 | 10:38 A | 877-825-3242 | ALLIANCE ONE re: James THEY WILL STOP CALLING ONLY IF WE PAY! |

Apr 13 11 12:58p        San Arnold                                760-956-3716            p 5

|  |  | CREDIT ONE | CALL LOG: ALLIANCE ONE Page -4- |
|---|---|---|---|
| Date | Time | Number | Contact Information: |
| 7-1-10 | 11:24 A | 877-825-3242 | ALLIANCE ONE |
|  | 4:32 P | 877-825-3242 | ALLIANCE ONE; refuses to not record, very rude. |
| 7-8-10 | 8:50 A | 877-825-3242 | ALLIANCE ONE |
|  | 11:21 A | 877-825-3242 | ALLIANCE ONE re: San |
|  | 4:12 P | 877-825-3242 | ALLIANCE ONE |
|  | 5:43 P | 877-825-3242 | ALLIANCE ONE |
|  | 6:12 P | 877-825-3242 | ALLIANCE ONE |
| 7-9-10 | 12:09 P | 877-825-3242 | ALLIANCE ONE re: San |
|  | 2:38 P | 877-825-3242 | ALLIANCE ONE |
|  | 4:51 P | 877-825-3242 | ALLIANCE ONE |
| 7-10-10 | 8:59 A | 877-825-3242 | ALLIANCE ONE re: San |
|  | 1:46 P | 877-825-3242 | ALLIANCE ONE |
| 7-11-10 | 12:52 P | 877-825-3242 | ALLIANCE ONE re: San |
|  | 2:40 P | 877-825-3242 | ALLIANCE ONE re: San |
| 7-12-10 | 10:41 A | 877-825-3242 | ALLIANCE ONE |
|  | 4:33 P | 877-825-3242 | ALLIANCE ONE |
|  | 5:39 P | 877-825-3242 | ALLIANCE ONE |
| 7-13-10 | 9:16 A | 877-825-3242 | ALLIANCE ONE re: San |
|  | 11:28 A | 877-825-3242 | ALLIANCE ONE re: San |
|  | 12:51 P | 877-825-3242 | ALLIANCE ONE |
|  | 5:48 P | 877-825-3242 | ALLIANCE ONE |
| 7-14-10 | 8:17 A | 877-825-3242 | ALLIANCE ONE |
|  | 11:53 A | 877-825-3242 | ALLIANCE ONE |
|  | 5:42 P | 877-825-3242 | ALLIANCE ONE |
|  | 6:10 P | 877-825-3242 | ALLIANCE ONE |
| 7-15-10 | 9:45 A | 877-825-3242 | ALLIANCE ONE, I answered, they hung up! |
|  | 11:36 A | 877-825-3242 | ALLIANCE ONE |
|  | 3:23 P | 877-825-3242 | ALLIANCE ONE re: San |
|  | 5:39 P | 877-825-3242 | ALLIANCE ONE |

Apr 13 11 12:59p	San Arnold	760-956-3716	p 6

|  |  | CREDIT ONE | CALL LOG: ALLIANCE ONE Page -5- |
|---|---|---|---|
| Date | Time | Number | Contact Information: |
| 7-15-10 cont | 6:16 P | 877-825-3242 | ALLIANCE ONE |
|  |  |  |  |
| 7-16-10 | 8:04 A | 877-825-3242 | ALLIANCE ONE |
|  | 12:41 P | 877-825-3242 | ALLIANCE ONE |
|  | 3:27 P | 877-825-3242 | ALLIANCE ONE |
|  | 5:08 P | 877-825-3242 | ALLIANCE ONE |
|  |  |  |  |
| 7-17-10 | 8:19 A | 877-825-3242 | ALLIANCE ONE |
|  | 10:11 A | 877-825-3242 | ALLIANCE ONE |
|  | 12:12 P | 877-825-3242 | ALLIANCE ONE |
|  |  |  |  |
| 7-18-10 | 12:44 P | 877-825-3242 | ALLIANCE ONE, I answered, they hung up! |
|  |  |  |  |
| 7-19-10 | 8:07 A | 877-825-3242 | ALLIANCE ONE re: James |
|  |  |  | TOLD TO STOP CALLING! |
|  | 9:55 A | 877-825-3242 | ALLIANCE ONE |
|  |  |  | GOING TO KEEP CALLING UNTL WE PAY! |
|  |  |  |  |
| 7-21-10 | 9:50 A | 877-825-3242 | ALLIANCE ONE re: James |
|  | 10:40 A | 877-825-3242 | ALLIANCE ONE re: James |
|  | 12:55 P | 877-825-3242 | ALLIANCE ONE |
|  | 3:49 P | 877-825-3242 | ALLIANCE ONE |
|  | 5:33 P | 877-825-3242 | ALLIANCE ONE |
|  | 6:05 P | 877-825-3242 | ALLIANCE ONE re: James |
|  |  |  |  |
| 7-22-10 | 8:21 A | 877-825-3242 | ALLIANCE ONE |
|  | 10:20 A | 877-825-3242 | ALLIANCE ONE re: James |
|  | 10:40 A | 877-825-3242 | ALLIANCE ONE |
|  | 11:49 A | 877-825-3242 | ALLIANCE ONE |
|  | 1:58 P | 877-825-3242 | ALLIANCE ONE (SAVANNAH) |
|  |  |  |  |
| 7-26-10 | 8:15 A | 877-825-3242 | ALLIANCE ONE re: San |
|  | 9:10 A | 877-825-3242 | ALLIANCE ONE re: San |
|  |  |  | Bal. $   ; will not stop recording |
|  | 12:49 P | 877-825-3242 | ALLIANCE ONE re: San, STOP CALLING! ALREADY |
|  |  |  | CALLED 3 TIMES TODAY! |

# EXHIBIT B

—COPY—

May 18, 2010

Alliance One
4850 Street Rd., Ste 300
Trevose, PA. 19053

Re Creditor: Credit One Bank

Re: Acct # ending in 2990 James Arnold
    Acct # ending in 7688 San Arnold

To Whom It May Concern:

We have received many phone calls in regards to the accounts referenced above. We dispute the amount that is alleged to be owed on these accounts. We ask that you CEAST/DESIST from calling our home/cell phone in reference to these accounts due to extreme medical issues at this time.

Since we haven't received anything in writing from your company we ask that you communicate via mail only at the address below.

Sincerely,

San Arnold
11616 A Ave
Hesperia, Ca. 92345

James Arnold
11616 A Ave
Hesperia, CA. 92345

Apr 13 11 12:59p        San Arnold                                   760-956-3716            p.8

—COPY—

May 18, 2010

Alliance One
4850 Street Rd., Ste 300
Trevose, PA. 19053

Re Creditor: Credit One Bank

Re: Acct # ending in 2990 James Arnold
    Acct # ending in 7688 San Arnold

To Whom It May Concern:

We have received many phone calls in regards to the accounts referenced above. We dispute the amount that is alleged to be owed on these accounts. We ask that you CEAST/DESIST from calling our home/cell phone in reference to these accounts due to extreme medical issues at this time.

Since we haven't received anything in writing from your company we ask that you communicate via mail only at the address below.

Sincerely,

San Arnold
11616 A Ave
Hesperia, Ca. 92345

James Arnold
11616 A Ave
Hesperia, CA. 92345

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

### EDCV11- 900 VAP (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [X] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |
|---|---|---|

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| SAN ARNOLD & JAMES ARNOLD | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | EDCV11-0900 VAP (OPx) |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC. DEFENDANT(S). | SUMMONS |

TO:   DEFENDANT(S): <u>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.</u>

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Nicholas J. Bontrager, Esq.</u>, whose address is <u>Krohn & Moss, Ltd.; 10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUN - 8 2011

Dated: _____

Clerk, U.S. District Court

JULIE PRADO

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
SAN ARNOLD & JAMES ARNOLD

**DEFENDANTS**
ALLIANCEONE RECEIVABLES MANAGEMENT, INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Krohn & Moss, Ltd.; Nicholas J. Bontrager, Esq.
10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025
(323) 988-2400

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|   | PTF | DEF |   | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**   Case Number: EDCV11-0900

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)          CIVIL COVER SHEET          Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino County (CA) | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Trevose (PA) |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino County (CA) | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date June 6, 2011

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |